UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　) <br>v.　) <br>　) <br>MOJTADA MALEKI-GOMI, ) <br>　Also known as Moji Maleki, ) <br>BABAK MALEKI, ) <br>　Also known as Bobby Maleki, ) <br>SHAHRAM SETUDEH NEJAD, ) <br>　Also known as Shawn Nejad, ) <br>　) <br>_____) | Criminal No.:  06-291 (JDB) |

## UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT

　　Comes now the defendants, Mojtada Maleki-Gomi, also known as Moji Maleki, by his counsel, G. Allen Dale and Danny C. Onorato, and Babak Maleki, also known as Bobby Maleki, by his counsel Donald M. Re, and respectfully move this Court to continue the arraignment, presently scheduled for November 2, 2006, until December 8, 2006.  In support of this motion the defendants respectfully state:

　　1.　　Contemporaneous with the filing of this motion G. Allen Dale and Danny C. Onorato are entering their appearance as counsel for Mojtada Maleki-Gomi, also known as Moji Maleki.  Also contemporaneous with the filing of this motion Donald M. Re will ask the Court to admit him, *pro hac vice*, to represent Babak Maleki, also known as Bobby Maleki.  Mr. Re's appearance is being sponsored by G. Allen Dale.  As of the filing of this motion the third defendant, Shahram Setudeh Nejad, also known as Shawn Nejad, has not yet retained counsel.

Mr. Babak Maleki, also known as Bobby Maleki, resides in California. Mr. Mojtada Maleki-Gomi, also known as Moji Maleki, is presently residing in Iran. Counsel for Mr. Mojtada Maleki-Gomi, also known as Moji Maleki, are making arrangements for him to fly from Iran to the United States. The parties believe that it will be in the best interest of all involved to have the arraignment of the three defendants held at the same time so that all parties and their attorneys would be present for the scheduling of other dates. Mr. Re, whose office is in Los Angeles, California, is unavailable to appear on November 2. There would be great cost involved for Mr. Babak Maleki, also known as Bobby Maleki, to fly to the District of Columbia to simply have the matter continued. It could take an additional three to four weeks to secure the presence of Mr. Mojtada Maleki-Gomi, also known as Moji Maleki.

Since Mr. Mojtada Maleki-Gomi, also known as Moji Maleki, is outside the United States, the Speedy Trial Act is tolled. Nonetheless, the parties advise the Court that they hereby waive any speedy trial issues or claims that could arise because of this request for continuance.

The Assistant United States Attorney assigned to this case, does not oppose the request made herein.

WHEREFORE, the defendants respectfully move the Court to sign the attached Order continuing the arraignment from November 2, 2006 until December 8, 2006, and excluding the time therein for Speedy Trial computation.

                                                Respectfully submitted,

                                                _____/s/_____
                                                G. ALLEN DALE - #954537
                                                601 Pennsylvania Avenue, N.W.
                                                North Building - 9th Floor
                                                Washington, D.C. 20004
                                                (202) 638-2900

        _____/s/_____
DANNY C. ONORATO - #480043
601 Pennsylvania Avenue, N.W.
North Building - 9th Floor
Washington, D.C.  20004
(202) 628-4199


        _____/s/_____
DONALD M. RE *Pro Hac Vice*
624 South Grand Avenue
22nd Floor
Los Angeles, California  90017

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>MOJTADA MALEKI-GOMI, )<br> Also known as Moji Maleki, )<br>BABAK MALEKI, )<br> Also known as Bobby Maleki, )<br>SHAHRAM SETUDEH NEJAD, )<br> Also known as Shawn Nejad, )<br>)<br>_____) | Criminal No.:  06-291 (JDB) |

O R D E R

This matter comes before the Court on motion of the defendants, Mojtada Maleki-Gomi, also known as Moji Maleki, and Babak Maleki, also known as Bobby Maleki, to continue their arraignment, presently scheduled for November 2, 2006, until December 8, 2006.  Based upon the defendants' unopposed motion and the entire record herein, it is by the Court this

_____ day of _____, 2006,

ORDERED that the defendants' motion be and the same hereby is granted; and it is

FURTHER ORDERED that the arraignment presently scheduled for November 2, 2006 be and the same hereby is postponed; and it is

FURTHER ORDERED that the defendants appear before this Court on December 8, 2006 at _____ o'clock a.m./p.m., for their arraignment; and it is

FURTHER ORDERED that the request to exclude Speedy Trial computations be and the same hereby is granted; and it is

2

      FURTHER ORDERED that the interest of justice served by such continuance outweigh the best interest of the public and the defendants in a Speedy Trial.

_____
JOHN D. BATES, JUDGE
U.S. District Court