AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

UNITED STATES OF AMERICA

      Plaintiff(s)    )    **APPEARANCE**

      vs.    )    CASE NUMBER    06-291 (JDB)
MOJTADA MALEKI-GOMI, ET AL.

      Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of  G. Allen Dale  as counsel in this
(Attorney's Name)

case for: Mojtada Maleki-Gomi, a/k/a Moji Maleki
(Name of party or parties)

October 31, 2006
Date

(signature)
Signature

954537
BAR IDENTIFICATION

G. Allen Dale
Print Name

601 Pennsylvania Avenue, N.W.
Address

Washington, DC  20004
City    State    Zip Code

(202) 638-2900
Phone Number

AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

UNITED STATES OF AMERICA

       Plaintiff(s)    )    **APPEARANCE**

vs.    )    CASE NUMBER   06-291 (JDB)
MOJTADA MALEKI-GOMI, ET AL.

       Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Danny C. Onorato__ as counsel in this
                            (Attorney's Name)

case for: __Mojtada Maleki-Gomi, a/k/a Moji Maleki__
             (Name of party or parties)

October 31, 2006
Date

/s/ Danny C. Onorato
Signature

Danny C. Onorato
Print Name

480043
BAR IDENTIFICATION

601 Pennsylvania Avenue, N.W.
Address

Washington, DC  20004
City      State      Zip Code

(202) 628-4199
Phone Number