UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MOJTADA MALEKI-GOMI<br>also known as Moji Maleki,<br>BABAK MALEKI<br>also known as Bobby Maleki,<br>SHAHRAM SETUDEH NEJAD<br>also known as Shawn Nejad,<br><br>Defendants. | Criminal Action No. 06-291 (JDB)<br><br>FILED<br>OCT 3 1 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## ORDER

This matter comes before the Court on motion of the defendants Mojtada Maleki-Gomi, also known as Moji Maleki, and Babak Maleki, also known as Bobby Maleki, to continue the arraignment, presently scheduled for November 2, 2006, until December 8, 2006. Defendant Shahram Setudeh Nejad also has joined in the motion. Based upon the defendants' unopposed motion, and the entire record herein, it is by the Court this 31st day of October, 2006,

ORDERED that the defendants' motion is GRANTED; it is further

ORDERED that the arraignment presently scheduled for November 2, 2006 is CONTINUED; it is further

ORDERED that the defendants shall appear on December 8, 2006 at 9:00 a.m. in Courtroom 8 for their arraignment; it is further

ORDERED that the request to exclude Speedy Trial computations is GRANTED; and it is further

ORDERED that the interests and ends of justice are best served and outweigh the interests of the public and the defendants in a speedy trial, and pursuant to the provisions of the Speedy Trial Act of 1974, 18 U.S.C. § 3161, the time from November 2, 2006 until December 8, 2006, shall be excluded in computing the date for speedy trial in this case.

SO ORDERED.

_____
JOHN D. BATES
United States District Judge