# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 06-291-01 | MAGIS. NO: |
| SEALED v. Mojtada Maleki-Gomi | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED Mojtada Maleki-Gomi | |
| DOB:   PDID: | | FILED DEC 0 7 2006 |
| WARRANT ISSUED ON THE BASIS OF: INDICTMENT | DISTRICT OF ARREST | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Conspiracy
International Emergency Economic Powers Act
Iranian Transactions Regulations
Aiding and Abetting
Criminal Forfeiture

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION: 18 U.S.C. § 371, 50 U.S.C. § 1705, 31 C.F.R. Part 560, 18 U.S.C. § 2, 28 U.S.C. § 2461 (c), 18 U.S.C. § 981(a)(1)(c) |
|---|---|
| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |

| ORDERED BY: MAGISTRATE JUDGE FACCIOLA | SIGNATURE (JUDGE/MAGISTRATE JUDGE) U.S. MAGISTRATE JUDGE JOHN FACCIOLA | DATE ISSUED: 09/29/2006 |
|---|---|---|
| CLERK OF COURT: Nancy Mayer-Whittington | BY DEPUTY CLERK | DATE: 09/29/2006 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 9-29-06 | NAME AND TITLE OF ARRESTING OFFICER DAVID BALDWIN | SIGNATURE OF ARRESTING OFFICER David Baldwin |
|---|---|---|
| DATE EXECUTED 12-7-06 | | |
| HIDTA CASE: Yes    No X | | OCDETF CASE: Yes    No X |

FID 122344