IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-291 (JDB) |
| | : | |
| v. | : | |
| | : | |
| MOJTADA MALEKI-GOMI, | : | |
| also known as Moji Maleki, | : | |
| BABAK MALEKI, | : | |
| also known as Bobby Maleki, | : | |
| SHAHRAM SETUDEH NEJAD, | : | |
| also known as Shawn Nejad, | : | |
| | : | |
| Defendants. | : | |

**GOVERNMENT'S RESPONSE TO DEFENDANT MALEKI-GOMI'S
MOTION TO TEMPORARILY MODIFY CONDITIONS OF RELEASE**

It is ordinarily the position of the government that a defendant under indictment should not be permitted to leave the country. There is an obvious risk of flight when a defendant goes overseas, and the government routinely opposes requests for such travel. However, for the reasons set forth below, the government is making a rare exception to its usual policy and is not opposing defendant Maleki-Gomi's request to travel to Dubai.

First, Mr. Maleki-Gomi was outside the United States – in Iran – when the indictment became public and agents arrested his son, Babak Maleki, and his business associate, Shahram Nejad. He nevertheless voluntarily returned to the United States. Neither Mr. Maleki-Gomi nor his attorneys attempted to extract any concessions from the government as a condition for his appearance before this Court.

Second, Mr. Maleki-Gomi is willing to post the remaining equity in his home, which is otherwise unencumbered and worth almost $2 million, as additional security for his return. If

Mr. Maleki-Gomi were to become a fugitive, both he and his family would suffer a considerable financial loss. Moreover, his wife and son would lose their home. And, of course, he would be separated from them.

Third, there has been significant progress in the government's plea discussions both with counsel for Mr. Maleki-Gomi and with counsel for the other two defendants. Although the parties have yet to reach an agreement, the government has more confidence in the defense's representations than in other cases in which the parties' positions are more antagonistic.

Last, Mr. Maleki-Gomi is aware that, if he were to flee, his actions would have a negative impact on any resolution for his son, defendant Babak Maleki.

Accordingly, for the foregoing reasons, the government does not oppose defendant Maleki-Gomi's Motion to Temporarily Modify Conditions of Release.

> Respectfully submitted
> JEFFREY A. TAYLOR
> United States Attorney
>
> _____/s/_____
> JAY I. BRATT
> Assistant United States Attorney
> National Security Section
> 555 4th Street, NW, Room 11-437
> Washington, D.C. 20530
> (202) 353-3602
> Illinois Bar No. 6187361
> jay.bratt@usdoj.gov