UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>MOJTADA MALEKI-GOMI, )<br> Also known as Moji Maleki, ) | Criminal No.: 06-291 (JDB) |

UNOPPOSED MOTION FOR RETURN OF PASSPORT

Comes now the defendant, Mojtada Maleki-Gomi (hereinafter, Mr. Maleki), by and through counsel, Danny C. Onorato and G. Allen Dale, and respectfully moves the Court to issue an Order directing Pretrial Services to return his U.S. Passport. In support of this unopposed motion, Mr. Maleki states:

The Court has granted Mr. Maleki's recent motion to modify conditions of release, allowing him to travel to Dubai, upon the posting of the entire equity in his home.

Mr. Maleki has posted the entire equity in his home and the documents attesting to the same have been filed with the clerk of court.

Mr. Maleki has previously filed his flight itinerary showing travel arriving in Dubai on March 29, and returning to the District of Columbia on April 14, 2007.

In order to travel, Mr. Maleki will need his U.S. passport, which has been surrendered to Pretrial Services.

The Assistant United States Attorney assigned to this case, Jay Bratt, does not oppose this request.

Respectfully submitted,

_____/s/_____
G. ALLEN DALE - #954537
601 Pennsylvania Avenue, N.W.
North Building - 9th Floor
Washington, D.C. 20004
(202) 638-2900


_____/s/_____
DANNY C. ONORATO - #480043
601 Pennsylvania Avenue, N.W.
North Building - 9th Floor
Washington, D.C. 20004
(202) 628-4199

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>MOJTADA MALEKI-GOMI, )<br>Also known as Moji Maleki, ) | Criminal No.: 06-291 (JDB) |

O R D E R

Upon unopposed Motion of the defendant for the return of his U.S. passport, it is this _____ day of March, 2007;

ORDERED, that the defendant's motion be, and the same hereby is granted; and it is

FURTHER ORDERED, that Pretrial Services immediately surrender the defendant's passport to his counsel of record who will make arrangements to deliver the passport to the defendant, now residing in California.

JOHN D. BATES, JUDGE
U.S. District Court

3