UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | Criminal No.:  06-291 (JDB) |
| v.                                                ) | |
| ) | |
| MOJTADA MALEKI-GOMI,           ) | |
| Also known as Moji Maleki,           ) | |

NOTICE OF TRAVEL

Comes now the defendant, Mojtada Maleki-Gomi (hereinafter, Mr. Maleki), by and through counsel, Danny C. Onorato and G. Allen Dale, and respectfully provides notice of his upcoming travel.

The Court granted Mr. Maleki's recent motion to modify conditions of release, allowing him to travel to Dubai, upon the posting of the entire equity in his home.

Mr. Maleki has posted the entire equity in his home and the documents attesting to the same have been filed with the clerk of court.

Mr. Maleki's flight itinerary is attached, showing travel arriving in Dubai on March 29, and returning to the District of Columbia on April 14, 2007.

Respectfully submitted,

_____/s/_____
G. ALLEN DALE - #954537
601 Pennsylvania Avenue, N.W.
North Building - 9th Floor
Washington, D.C.  20004
(202) 638-2900

2

_____/s/_____
DANNY C. ONORATO - #480043
601 Pennsylvania Avenue, N.W.
North Building - 9th Floor
Washington, D.C.  20004
(202) 628-4199

2

```
EASYLINK 2395831A001  14MAR07 18:49/18:49 EST
FROM: FAX 3104453235  1641 WESTWOOD BLVD., LOS ANGELES, CA 90024
      BEST IN TRAVEL
TO:   3108158951


SALES PERSON: BT              ITINERARY           DATE: 14 MAR 07
                                 DJTYOB           PAGE: 01




FOR: MALEKI/MOJI



28 MAR 07  - WEDNESDAY
    AIR   UNITED AIRLINES      FLT:690    ECONOMY    FOOD FOR PURCHASE
          LV LOS ANGELES                  115P       EQP: BOEING 757
          DEPART: TERMINAL 7                         05HR 11MIN
          AR NEW YORK JFK                 926P       NON-STOP
          ARRIVE: TERMINAL 7                         REF: LNJDSO
    AIR   EMIRATES AIRLINE     FLT:206    ECONOMY    MULTI MEALS
          LV NEW YORK JFK                 1115P      EQP: B77ER
          DEPART: TERMINAL 4                         16HR 10MIN

29 MAR 07  - THURSDAY
          AR DUBAI                        1125P      1-STOP
          ARRIVE: TERMINAL 1                         REF: EA3N5S
          VIA HAMBURG

14 APR 07  - SATURDAY
    AIR   EMIRATES AIRLINE     FLT:201    ECONOMY    MEALS
          LV DUBAI                        830A      EQP: AIRBUS A340-500 J
          DEPART: TERMINAL 1                         14HR 10MIN
          AR NEW YORK JFK                 240P       NON-STOP
          ARRIVE: TERMINAL 4                         REF: EA3N5S
    AIR   DELTA AIR LINES INC  FLT:5395   COACH
          NEW YORK JFK-WASHINGTON DULLES OPERATED BY COMAIR INC
          LV NEW YORK JFK                 430P       EQP: CANADAIR REG JET
          DEPART: TERMINAL 3                         01HR 46MIN
          AR WASHINGTON DULLES            616P       NON-STOP
                                                     REF: CNMBD1

17 APR 07  - TUESDAY
    AIR   AMERICAN AIRLINES    FLT:75     ECONOMY    FOOD FOR PURCHASE
          LV WASHINGTON DULLES            545P       EQP: BOEING 767 300
                                                     05HR 30MIN
          AR LOS ANGELES                  815P       NON-STOP
          ARRIVE: TERMINAL 4

USD 2195.00 PLUS 355.00 TAX
H-FQ 1130 INCLSV TAX ON UA/EK/DL ONLY /DEV 14MAR
USD 1695.00 PLUS 325.00 TAX
```