UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, )
)
    v. )
)
MOJTADA MALEKI-GOMI, )
 Also known as Moji- Maleki, )

Criminal No.: 06-291 (JDB)

**FILED**

MAR 1 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

Upon unopposed Motion of the defendant for the return of his U.S. passport, it is this 16th day of March, 2007;

ORDERED, that the defendant's motion be, and the same hereby is granted; and it is

FURTHER ORDERED, that Pretrial Services immediately surrender the defendant's passport to his counsel of record who will make arrangements to deliver the passport to the defendant, now residing in California.

JOHN D. BATES, JUDGE
U.S. District Court