UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
APR 16 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,    :

         Plaintiff,    :

v.    :    Criminal Action No. 06-291 (JDB)

MOTJABA MALEK-GOMI    :

         Defendant.    :

### ORDER

Upon the oral motion of defendant __MOTJABA MALEKI GOMI__, and the consent and agreement of the government, the Court finds that, for the reasons stated in Court on this date, the interests and ends of justice are best served and outweigh the interests of the public and the defendant in a speedy trial, and accordingly it is ORDERED that pursuant to the provisions of the Speedy Trial Act of 1974, 18 U.S.C. § 3161, the time from __4/16/07__ through and including __5/21/07__, shall be excluded in computing the date for speedy trial in this case.

Dated: __4/16/07__

_____
JOHN D. BATES
United States District Judge

AGREED:

__MOJI MALEKI__
Defendant

_____
Defense Counsel

_____
Attorney for United States