UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | Case No.: 06-291 (JDB) |
| : | |
| MOJTADA MALEKI-GOMI : | |
|    Also known as Moji Maleki, : | |
| BABAK MALEKI, : | |
|    Also known as Bobby Maleki : | |
| SHAHRAM SETUDEH NEJAD, : | |
|    Also known as Shawn Nejad, : | |
| : | |
| Defendants. : | |
|                     : | |

JOINT MOTION TO CONTINUE STATUS HEARING

Come now the defendants, Mojtada Maleki-Gomi, also known as Moji Maleki, by his counsel, G. Allen Dale and Danny C. Onorato, Babak Maleki, also known as Bobby Maleki, by his counsel, Donald M. Re, Shahram Setudeh Nejad, also known as Shawn Nejad, by his counsel, A. J. Kramer, and the United States by its authorized representative, the United States Attorney for the District of Columbia, specifically Assistant United States Attorney Jay Bratt, and respectfully move the Court to continue the status hearing, presently scheduled for May 21, 2007, to July 2, 2007, at 10:45 a.m. In support of this motion the parties respectfully state:

A status hearing is presently scheduled for May 21, 2007. All three (3) defendants and the Government are engaged in plea negotiations. Due in part to travel by some of the attorneys, information being provided to the government by at least one of the defendants and various other complications due to the international nature of this case, the parties will not have all matters resolved by May 21, 2007.

All three (3) defendants and one of the attorneys reside in California and the cost of four individuals to fly to the District of Columbia and spend at least one night when absolutely nothing could be accomplished would be a great waste of resources.

The defendants and the government believe that a continuance until July 2, 2007, a date the Court's Clerk has advised is available on the Court's schedule, will provide sufficient time to finalize all negotiations.

All defendants and all counsel agree to the exclusion of any time between May 21, 2007, and July 2, 2007, from the Speedy Trial Act.

Wherefore, the parties respectfully pray that the Court grant the motion and sign the attached Order continuing the status date until July 2, 2007.

Respectfully submitted,

\_\_\_/s/_____
G. ALLEN DALE - #954537
601 Pennsylvania Avenue, N.W.
Suite 900 - North Building
Washington, D.C. 20004
(202) 638-2900
Fax (202) 783-1654


\_\_\_/s/_____
DANNY C. ONORATO - #480043
601 Pennsylvania Avenue, N.W.
Suite 900 - North Building
Washington, D.C. 20004
(202) 628-4199
Fax (202) 628-4177

\_\_/s/_____
DONALD M. RE
624 South Grand Avenue
22nd Floor
Los Angeles, California 90017
Telephone: 213-623-4234
Fax: 213-623-6101


\_\_/s/_____
A. J. KRAMER -
Office of the Federal Public Defender
625 Indiana Avenue, N.W.
Washington, D.C. 20004
(202) 208-7528


\_\_/s/_____
JAY BRATT
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC 20530

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,           :
                                    :
v.                                  :    Case No.: 06-291 (JDB)
                                    :
MOJTADA MALEKI-GOMI                 :
    Also known as Moji Maleki,      :
BABAK MALEKI,                       :
    Also known as Bobby Maleki      :
SHAHRAM SETUDEH NEJAD,              :
    Also known as Shawn Nejad,      :
                                    :
    Defendants.                     :
_____ :

ORDER

This matter comes before the Court on Joint Motion of the Government and all three (3) defendants seeking to continue a status hearing presently scheduled for May 21, 2007, until July 2, 2007. The Court finds that the interests of justice outweigh the right of the public in a Speedy Trial and, accordingly, it is by the Court this _____ day of May, 2007

ORDERED, that the Joint Motion be and it hereby is GRANTED; and it is

FURTHER ORDERED, that the status date scheduled for May 21, 2007, be and it hereby is continued until July 2, 2007 at 10:45 a.m., and it is

FURTHER ORDERED, that the time between May 21, 2007 and July 2, 2007, be excluded from the Speedy Trial Act computation.

_____
JOHN D. BATES, JUDGE
United States District Court