UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAY 3 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

MOJTADA MALEKI-GOMI,
also known as Moji Maleki

BABAK MALEKI,
also known as Bobby Malecki,

         Defendants.

Criminal Action No. 06-291 (JDB)

## ORDER

Upon consideration of defendants' joint motion to modify bond, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that Moji Maleki's bond is reduced to $500,000; and it is further

ORDERED that, as to Bobby Maleki, the $100,000 bond now secured by an encumbrance on his South Carolina property may be released after a separate $100,000 bond is posted by securing an encumbrance on the other property described in defendants' motion, that is, the Los Angeles home of Moji Maleki.

                        /s/ John D. Bates
                        JOHN D. BATES
                        United States District Judge

Date: May 31, 2007

