UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : Cr. No. 06-291 (JDB) |
| | : |
| MOJTADA MALEKI-GOMI, | : |
| Also know as Moji Maleki, | : |
| BABAK MALEKI, | : |
| Also known as Bobby Maleki, | : |
| SHAHRAM SETUDEH NEJAD, | : |
| Also known as Shawn Nejad, | : |

JOINT MOTION TO CONTINUE
DATES FOR FILING OF,
AND  HEARING ON, MOTIONS

The parties in this case - - the government and all three defendants - - respectfully request that the court vacate the dates presently set for the filing of motions and for the motions hearing.  The lawyers for the parties have authorized undersigned counsel to file this motion on behalf of all the parties.

There have been ongoing and extensive settlement discussions in this case regarding all three defendants.   The parties are hopeful that with extra time, there will be a resolution of the entire case.

Motions are currently due on October 1, responses on October 31, and replies on November 14, 2007.  A motions hearing is set for November 27, at 9:15 a.m.   The parties are requesting an extension of thirty days for the motions: motions due by November 1, responses by December 3, and replies by  December 17, 2007.  The parties understand that January 4, 2008, at

10:30 a.m., is a date available to the court for a hearing on the motions.[1]

For all the above reasons, the parties respectfully request that the court vacate the current dates relating to motions in this case, and set new dates in accordance with the above schedule.

                              Respectfully submitted,

                              "/s/"
                              A.J. KRAMER
                              FEDERAL PUBLIC DEFENDER
                              625 Indiana Avenue, NW
                              Suite 550
                              Washington, DC  20004
                              (202) 208-7500

---

[1] The parties are not requesting any change in the trial date, which is set for January 28, 2008.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v.  : | Cr. No. 06-291 (JDB) |
| : | |
| **MOJTADA MALEKI-GOMI,** : | |
| Also know as Moji Maleki, : | |
| **BABAK MALEKI,** : | |
| Also known as Bobby Maleki, : | |
| **SHAHRAM SETUDEH NEJAD,** : | |
| Also known as Shawn Nejad, : | |

### ORDER

The joint motion to continue the date for motions is GRANTED. The previously scheduled dates for the filing of motions, and for the motions hearing, are hereby vacated.

Motions are now due by November 1; responses are due by December 3; and any replies are due by December 17, 2007.

The hearing on any motions is set for January 4, 2008, at 10:30 a.m.

IT IS SO ORDERED.


DATE:                        , 2007                    _____
                                                        JOHN D. BATES
                                                        UNITED STATES DISTRICT JUDGE