CO-526
(12/86)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

NOV 1 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
    vs. )   Criminal Case No.  06-291-1 (JDB)
)
)
**MOJTADA MALEKI-GOMI** )

WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for defendant G. Allen Dale

I consent:

_____
Assistant United States Attorney

Approved:

_____    Date: Nov. 19, 2007
Judge John D. Bates