HONORABLE JOHN D. BATES, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

| UNITED STATES OF AMERICA | : | Docket No.: 06-CR-291 |
| --- | --- | --- |
|  | : |  |
| vs. | : |  |
|  | : |  |
| MALEKI-GOMI, Mojtada | : | Disclosure Date: January 10, 2008 |

FEB 0 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
   (✓)   There are no material/factual inaccuracies therein.
   ( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          __1/24/08_____
Prosecuting Attorney                                          Date

### For the Defendant

(CHECK APPROPRIATE BOX)
   ( )   There are no material/factual inaccuracies therein.
   ( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____          _____
Defendant                    Date               Defense Counsel             Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **January 24, 2008**, to U.S. Probation Officer **Crystal Lustig**, telephone number **(202) 565-1425**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:   Gennine A. Hagar, Chief
      United States Probation Officer

TOTAL P.002

Case 1:06-cr-00291-JDB     Document 78-2     Filed 02/08/2008     Page 2 of 2