HONORABLE [Judge Name]
UNITED STATES [Judge Title] JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

**FILED**
APR 0 9 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.

Mojtada Maleki-Gomi                    Docket No.: CR06-291-01

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that **Mojtada Maleki-Gomi** having been sentenced, on February 8, 2008, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to ___Taft, TCI___, in ___Taft, CA___ by 2 p.m., on ___April 17, 2008___.

___4/9/08___
Date

___[signature]___
John D. Bates
UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

___[signature]___                              ___[signature]___
ATTORNEY/U.S. PROBATION OFFICER                DEFENDANT

Revised 6-2004