UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | Case No.: 06-291 (JDB) |
| : | |
| MOJTADA MALEKI-GOMI, : | |
| : | |
| Defendant. : | |
| : | |

MOTION TO POSTPONE DEFENDANT'S SURRENDER FOR SERVICE OF SENTENCE

Comes now the defendant, Mojtada Maleki-Gomi (hereinafter, Mr. Maleki), by and through counsel, Danny C. Onorato and G. Allen Dale, and respectfully moves this Court to enter an order postponing his scheduled surrender for service of sentence for two months. In support thereof the defendant respectfully states:

1. Mr. Maleki was sentenced on February 8, 2008 to a term of 18 months incarceration and allowed to self surrender when notified by the Federal Bureau of Prisons.

2. At the time of sentencing the Court, having been made aware of the mental condition of Mr. Maleki's wife, indicated a willingness to consider a short delay in Mr. Maleki's surrender for service of his sentence if such would assist in leaving his wife on a more sound footing mentally.

3. Mr. Maleki just received notice to surrender on April 17, 2008 to serve his sentence. While his wife is making progress, she is still not in a position to live without Mr. Maleki. As the Court can see from the attached letter, attached hereto and incorporated herein by reference as

Exhibit One, Mrs. Maleki's treating physician states that Mrs. Maleki "still has to be monitored constantly at home and is unsafe to be on her own or left unobserved for any period of time. As I know her only significant other, who can be available now, is her husband, Mr. Moji Maleki. Mr. Maleki's presence at home during the coming months would be a life saving action for Mrs. Maleki."

    4. Counsel have attempted to reach Jay Bratt, Esq., the Assistant United States Attorney assigned to this case to determine his position, but have yet to reach him. Given that Mr. Maleki, should the Court not act relatively quickly, must make arrangements almost immediately to self surrender, we have determined that the motion must be filed without Mr. Bratt's approval.

    WHEREFORE, the defendant respectfully prays that the Court grant his motion and sign the attached Order postponing, for two months, the date for which he must surrender to serve his sentence.

Respectfully submitted,

_____/s/_____
G. ALLEN DALE - #954537
Law Offices of G. Allen Dale
601 Pennsylvania Avenue, N.W.
Suite 900 - North Building
Washington, D.C. 20004
(202) 638-2900

                                        /s/
DANNY C. ONORATO - #480043
Schertler & Onorato, LLP
601 Pennsylvania Avenue, N.W.
Suite 900 - North Building
Washington, D.C. 20004
               (202) 628-4199

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,           :
                                    :
v.                                  :   Case No.: 06-291 (JDB)
                                    :
MOJTADA MALEKI-GOMI                 :
                                    :
Defendant.                          :
                                    :
_____ :

ORDER

This matter comes before the court on motion of the defendant seeking to postpone the date when he must surrender to serve the sentence imposed by this Court on February 8, 2008. Based upon the defendant's motion and the entire record herein it is by this Court this _____ day of April, 2008,

ORDERED, that the defendant's motion be and the same hereby is granted; and it is

FURTHER ORDERED, that the defendant's surrender date of April 17, 2008, be and it hereby is vacated; and it is

FURTHER ORDERED, that Mr. Maleki surrender for service of his sentence on the 17th day of June 2008, unless the Federal Bureau of Prisons advises of a later date; and it is

FURTHER ORDERED, that Mr. Maleki remain in contact with the probation office until he receives notice of his new self surrender date.

JOHN D. BATES, JUDGE
United States District Court

**PARVIZ D. FAHIMIAN, M.D., INC.**

*A Medical Corporation*

435 N. Bedford Drive, Suite 313
Beverly Hills, CA 90210
Tel :(310) 888-7733
Fax :(310) 888-7783

April 10, 2008

Law office of
G. Allen Dale
600 Pennsylvania Ave, NW
Suite 900, South Building
Washington, D.C., 20004

RE:   Moji Maleki

Dear Attorney Dale:

I am updating your information about Mr. Maleki's wife. As you remember she suffers from severe depression resulted in serious suicidal attempts recently.

She was discharged from the psychiatric unit of Cedars Sinai Hospital less than a month ago, after a long course of hospitalization for her depression. She still has to be monitored constantly at home and is unsafe to be on her own or left unobserved for any period of time. As I know her only significant other, who can be available now, is her husband, Mr. Moji Maleki. Mr. Maleki's presence at home during coming months would be a life saving action for Mrs. Maleki.

Sincerely,

Parviz D. Fahimian, M.D.