UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,          :
                                    :
v.                                  :     Case No.:  06-291 (JDB)
                                    :
MOJTADA MALEKI-GOMI                 :
                                    :
Defendant.                          :
                                    :
_____ :

FILED

APR 1 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

This matter comes before the court on motion of the defendant seeking to postpone the date when he must surrender to serve the sentence imposed by this Court on February 8, 2008. Based upon the defendant's motion and the entire record herein it is by this Court this 11th day of April, 2008,

ORDERED, that the defendant's motion be and the same hereby is granted; and it is

FURTHER ORDERED, that the defendant's surrender date of April 17, 2008, be and it hereby is vacated; and it is

FURTHER ORDERED, that Mr. Maleki surrender for service of his sentence on the 17th day of June 2008, unless the Federal Bureau of Prisons advises of a later date; and it is

FURTHER ORDERED, that Mr. Maleki remain in contact with the probation office until he receives notice of his new self surrender date.

                                                                            _____
                                                                            JOHN D. BATES, JUDGE
                                                                            United States District Court